HENRY C. YANEK, Respondent, v. PAUL R. GALE et al., Copartners Doing Business under the Name of GALE-OPPENHEIMER, Appellants, et al., Defendants.— In an action to recover a share of brokerage commissions, based upon an alleged breach of contract, fraud and conspiracy, the defendants Gale and Oppenheimer, as copartners, appeal from so much of an order of the Supreme Court, Queens County, dated February 27, 1961, as failed to grant unconditionally their motion to dismiss the complaint for lack of prosecution. The order granted the motion unless plaintiff shall notice the action for trial for the April 1961 Term. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

## (June 20, 1961)

BERNARD ZACZEK, Appellant, v. JEAN ZACZEK, Also Known as JEAN JUNG, Respondent.— Motion by appellant to extend his time to file record and brief, granted. The record and appellant's brief must be served and filed on or before July 14, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

OLA SHIRE, Respondent, v. ALLSTATE INSURANCE Co., Appellant.— Motion by appellant for a stay of respondent's motion to preclude appellant, pending the appeals, granted on condition that appellant perfect the appeals and be ready to argue or submit them at the October Term, beginning October 2, 1961; appeals ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 15, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

## (June 21, 1961)

In the Matter of PHILIP SCHARF, Respondent, v. IRVING AIR CHUTE Co., INC., et al., Appellants.— Motion by respondent to add appeal to the June 1961 Term Calendar or to vacate stay contained in the order appealed from, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.